# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN JAMES ALLEE,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN OF USP MCCREARY, and STATE OF NEBRASKA,<br><br>Respondents. | **8:17CV455**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Respondents' Motion to Substitute Respondent. (Filing No. 10.) Upon careful consideration,

IT IS ORDERED THAT: Respondents' Motion to Substitute Respondent (filing no. 10) is granted. The clerk's office is directed to update the court's records to reflect that Scott R. Frakes is the proper respondent in this action.

Dated this 26th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge
